UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:16-cv-01447-JLS-DFM                    Date: September 21, 2017
Title:  Jennifer Pedraza v. Pier 1 Imports U.S. Inc. et al.

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Terry Guerrero                                        N/A
Deputy Clerk                                       Court Reporter

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

Not Present                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TAKING MOTION FOR
PRELIMINARY APPROVAL (Doc. 49) UNDER SUBMISSION**

Before the Court is Plaintiff Jennifer Pedraza's Motion for Preliminary Approval of a class action settlement. (Mot., Doc. 49.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing set for September 22, 2017, at 2:30 p.m., is VACATED, the Court takes the matter UNDER SUBMISSION.

Initials of Preparer:  tg